UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Rakip Baci | ) | 11 B 12697 |
| | ) | |
| | ) | Judge Bruce W. Black |
| Debtor(s). | ) | |

CERTIFICATE OF MAILING

I, Shurray L. Winston, certify that on <u>March 30, 2011</u>, I caused to be served via First Class Mail the attached copy of an **Order Denying Debtor's Application for Waiver of Chapter 7 Filing Fee** dated <u>March 30, 2011</u> to:

**Rakip Baci**
917 Princeton Ave
Romeoville, IL 60446

Dated: 3/30/2011

Shurray L. Winston
Courtroom Deputy to Judge Bruce W. Black

B3B (Official Form 3B) (12/07) —

# United States Bankruptcy Court
## __Northern__ District of __Illinois__

In re: __Pelly Pri__        Case No. __11-12697__
       Debtor(s)

## ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders that the application be:

[ ] GRANTED.

This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

[✓] DENIED.

The debtor shall pay the chapter 7 filing fee according to the following terms:

$ __74.75__ on or before __4/27/11__

$ __74.75__ on or before __5/26/11__

$ __74.75__ on or before __6/24/11__

$ __74.75__ on or before __7/22/11__

Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CASE.

[ ] SCHEDULED FOR HEARING.

A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held on _____ at _____ :AM/PM at _____.
                                                        (address of courthouse)

IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

BY THE COURT:

DATE: __3-30-11__        _Bruce W. Black_
                        United States Bankruptcy Judge